# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO DEBRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-01111-KOB-SGC |
| | ) |
| S. PRICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 13, 2021, recommending that the court dismiss this action without prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although advised of his right to file specific written objections within fourteen days, the plaintiff has not submitted objections, or any other response, within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court will dismiss the plaintiff's claims without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 6th day of May, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE